1  W. RANDOLPH PATTON, ESQ.
2  Nevada Bar No.: 000365
   **PATTON & KIRALY, P.C.**
3  3016 W. Charleston Boulevard #195
   Las Vegas, Nevada 89102
4  (702) 870-6790  - *Phone*
   (702) 870-7490 - *Facsimile*
5  rpatton@pattonkiraly.com

6  *Attorney for Defendant*
7  *American National General*
   *Insurance Company*
8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  CHRISTINE MORENO, an individual,        CASE NO.  2:17-cv-02951
12                 Plaintiff,
13  vs.
14
15  AMERICAN NATIONAL GENERAL
    INSURANCE COMPANY, a foreign
16  corporation; DOE INDIVIDUALS I-X,
    inclusive, and ROE ENTITIES I-X,
17  inclusive,
18                 Defendants.
19

20
21          **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

22          IT IS HEREBY STIPULATED by and between the parties, by and through their

23  attorneys of record, that the above entitled matter shall be dismissed without prejudice,

24  and each of the parties shall pay their costs and attorneys' fees herein incurred.

25  This matter was referred for a settlement conference on Ocotber 16, 2018 before .

26  . . . .

27  . . . .

28

1  Magistrate Koppe, but no trial date has been set.

2  DATED this ___6___ day of _August_, 2018.

3  WALSH & FRIEDMAN, LTD.          PATTON & KIRALY, P.C.

4

5

6  By: _____   By: _____
   MATTHEW P. PAWLOWSKI, ESQ.      W. RANDOLPH PATTON, ESQ.
7  Nevada Bar No. 009889           Nevada Bar No. 000365
   400 S. Maryland Parkway         3016 W. Charleston Blvd, #195
8  Las Vegas, Nevada 89101         Las Vegas, NV 89102
   *Attorneys for Plaintiff*        *Attorney for Defendant*
9

10 ————————————————  **O R D E R**  ————————————————

11     Based on the foregoing Stipulation between the parties,

12     IT IS HEREBY ORDERED that the foregoing action is dismissed without

13 prejudice, each party to bear its own fees and costs.

14     DATED this ___21___ day of August, 2018.

15

16

17                              Gloria M. Navarro, Chief Judge
                               UNITED STATES DISTRICT COURT
18

19 Submitted by:

20 PATTON & KIRALY, P.C.

21 By: _____
22     W. Randolph Patton, Esq.
       Nevada Bar No. 000365
23     3016 W. Charleston Boulevard #195
       Las Vegas, Nevada  89102
24     *Attorney for Defendant*

25 *Re: Moreno v. American National*
26 *Case No.  2:17-cv-02951*

27

28